IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                        NO. 4:01CR00150-001 SWW

WALTER CURTIS MOLES                                              DEFENDANT

### ORDER

The above entitled cause came on for hearing November 5, 2013 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. The Court finds that the government's motion should be dismissed without prejudice. However, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1. Defendant shall serve a period of up to SIX (6) MONTHS in a residential reentry center or a chemical free living facility under the guidance and direction of the U. S. Probation Office. The defendant shall abide by all rules and regulations of the facility. Defendant is to remain in the custody of the U. S. Marshal until he is released to his sister for transport to the designated facility.**

**2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.**

**3. Defendant shall participate in mental health counseling under the guidance of the U. S. Probation Office.**

**4. The defendant shall take all medications as they have been prescribed for his mental health.**

**5. The defendant shall not have contact with Teresa Woodle.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release. The Court reminds defendant that any further violation of the terms of his supervised release could result in an immediate hearing and the revocation of his release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #54] is **dismissed** without prejudice.

IT IS SO ORDERED this 8th day of November 2013.

/s/Susan Webber Wright
United States District Judge